A CERTIFIED TRUE COPY
AUG - 7 2007
ATTEST Denise Morgan Stone
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 20 2007
FILED
CLERK'S OFFICE

***UNITED STATES THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***MDL NO. 1842***

***IN RE Kugel Mesh Hernia Patch Products Liability Litigation***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-2)***

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
AUG - 7 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By Paulette Drake
Deputy Clerk

# SCHEDULE CTO-2 - TAG-ALONG ACTIONS
# MDL NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | CASE NUMBER DISTRICT OF RHODE ISLAND |
|---|---|---|
| ILLINOIS SOUTHERN | | |
| ILS 3 07-483 | Joyce Rios v. C.R. Bard, Inc., et al. | CA 07-1881 |
| INDIANA SOUTHERN | | |
| INS 2 07-170 | Debra A. Wiltermood, et al. v. Davol, Inc. | CA 07-1882 |
| LOUISIANA WESTERN | | |
| LAW 3 07-945 | Barbara Nelson v. Davol, Inc., et al. | CA 07-1883 |
| NORTH CAROLINA EASTERN | | |
| NCE 4 07-107 | Jack Irving v. Davol, Inc., et al. | CA 07-1884 |
| NCE 7 07-111 | C. Dayton Kirk, M.D. v. Davol, Inc., et al. | CA 07-1885 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 07-2814 | Robert L. Albright, et al. v. C.R. Bard, Inc., et al. | CA 07-1886 |

# INVOLVED COUNSEL LIST (CTO-2)
# MDL NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

Anthony J. Bruscato
P.O. Box 2374
Monroe, LA 71207

Joseph F. Callahan
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street
Suite 950
St. Louis, MO 63101

Kathleen Ann DeLaney
DeLaney & DeLaney, LLC
3640 North Washington Boulevard
Indianapolis, IN 46205

Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Carmaletta L. Henson
Henson & Fuerst, P.A.
P.O. Box 7008
Rocky Mount, NC 27804-7008

David M. Hicks
David M. Hicks & Associates
7720 Stonebridge Golf Drive
Maryville, IL 62062

James B. Irwin, V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Joseph F. Roda
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Gary K. Shipman
Shipman & Associates, LLP
11 South Fifth Avenue
Wilmington, NC 28401

Larry J. Wagner
Wagner Crawford Gambill & Trout
416 South Sixth Street
P.O. Box 1897
Terre Haute, IN 47808-1897

**INVOLVED JUDGES LIST (CTO-2)**
**MDL NO. 1842**
**IN RE Kugel Mesh Hernia Patch Products Liability Litigation**

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
624 Terry Sanford Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Thomas M. Golden
U.S. District Judge
United States District Court
401 Madison Building
400 Washington Street
Reading, PA 19601-3915

**INVOLVED CLERKS LIST (CTO-2)**
**MDL NO. 1842**
**IN RE Kugel Mesh Hernia Patch Products Liability Litigation**

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Laura A. Briggs, Clerk
207 Federal Building
30 North 7th Street
Terre Haute, IN 47808

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Michael D. Brooks, Acting Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797