UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **C. DAYTON KIRK, M.D.,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 7:07-cv-00111-BO** |
| **v.** | ) | |
| **DAVOL, INC., and C.R. BARD, INC.,** | ) | |
| **Defendants.** | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, Defendants Davol, Inc. and C.R. Bard, Inc. make the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? C.R. Bard, Inc. is a publicly traded corporation; Davol, Inc. is a wholly owned subsidiary of C.R. Bard, Inc..

2. Does party have any parent corporations? C.R. Bard, Inc. has no parent corporation; Davol, Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? No publicly held corporation owns more than 10% of C.R. Bard Inc.'s stock; Davol, Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? No

5. Is party a trade association? No

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: Does not apply

CHAR2\1029763v1

The 26th day of July, 2007.

/s/ John A. Fagg, Jr.
John A. Fagg, Jr.
N.C. State Bar No. 28516
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-3622
Fax: (704) 378-2092
E-mail: johnfagg@mvalaw.com

**ATTORNEYS FOR DEFENDANTS**
**C.R. BARD, INC. AND DAVOL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2007, a true and correct copy of the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Gary K. Shipman
Shipman & Associates, LLP
11 S. Fifth Ave.
Wilmington, NC 28401

This the 26th day of July, 2007.

/s/ John A. Fagg, Jr.