# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
# CIVIL DOCKET FOR CASE #: 7:07-cv-00111-BO
# Internal Use Only

Kirk v. Davol, Inc., et al.,
Assigned to: Judge Terrence W. Boyle
Cause: 28:1391 Personal Injury

Date Filed: 06/29/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MD C Dayton Kirk** represented by **Gary K. Shipman**
Shipman & Associates, LLP
11 S. Fifth Ave.
Wilmington, NC 28401
910-762-1990
Fax: 910-762-6752
Email: gshipman@shipmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **John A. Fagg, Jr.**
Moore & Van Allen
100 N. Tryon St.
Suite 4700
Charlotte, NC 28202-4003
704-331-3622
Fax: 704-378-2092
Email:

johnfagg@mvalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard** represented by **John A. Fagg, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 391692.), filed by C Dayton Kirk. (Shipman, Gary) (Entered: 06/29/2007) |
| 06/29/2007 | 2 | NOTICE by C Dayton Kirk *Summons to C R Bard* (Shipman, Gary) (Entered: 06/29/2007) |
| 06/29/2007 | 3 | NOTICE by C Dayton Kirk *Summons to Davol* (Shipman, Gary) (Entered: 06/29/2007) |
| 06/29/2007 | 4 | FINANCIAL DISCLOSURE STATEMENT by C Dayton Kirk. (Shipman, Gary) (Entered: 06/29/2007) |
| 07/02/2007 | | (Court only) ***Staff notes: Submitted for conflict review. (Deputy Clerk - BRB, ) (Entered: 07/02/2007) |
| 07/02/2007 | 5 | Summons Issued as to Davol, Inc.. (Deputy Clerk - BRB, ) (Entered: 07/02/2007) |
| 07/02/2007 | 6 | Summons Issued as to C R Bard. (Deputy Clerk - BRB, ) (Entered: 07/02/2007) |
| 07/26/2007 | 7 | ANSWER to Complaint with Jury Demand by Davol, Inc., C R Bard. (Fagg, John) (Entered: 07/26/2007) |
| 07/26/2007 | 8 | FINANCIAL DISCLOSURE STATEMENT by |

| | | |
|---|---|---|
| | | Davol, Inc., C R Bard. by Davol, Inc., C R Bard. (Fagg, John) (Entered: 07/26/2007) |
| 07/27/2007 | 9 | REQUEST FOR DISCOVERY PLAN sent to all parties (Deputy Clerk - BRB, ) (Entered: 07/27/2007) |
| 07/31/2007 | 10 | AFFIDAVIT of Service for Summons & Complaint served on Defendants on July 6, 2007, filed by C Dayton Kirk. (Shipman, Gary) (Entered: 07/31/2007) |
| 08/13/2007 | 11 | Remark: Received letter with attached Conditional Transfer Order from filed July 20, 2007 by the MDL advising this case is stayed 15 days from August 7, 2007 to allow the parties to file an opposition to transer of this case to District of Rhode Island. (Deputy Clerk - BRB, ) (Entered: 08/15/2007) |
| 08/17/2007 | 12 | CERTIFIED CONDITIONAL TRANSFER ORDER signed by Jeffery Luthi, Clerk of the MDL Panel directing this case be transferred to USDC for the District of Rhode Island. (Deputy Clerk - BRB, ) (Entered: 08/17/2007) |
| 08/17/2007 | | (Court only) ***Staff notes: Case transferred to USCD District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Deputy Clerk - BRB, ) (Entered: 08/17/2007) |